UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC MORTGAGE SERVICES INC et al, | Case Number: CV10-00621 LB |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CARMEN OSUNA et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carmen Osuna
206n Toledo Court
Vallejo, CA 94591

Dated: February 17, 2010

Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk